

# Fourth Court of Appeals
## San Antonio, Texas

April 8, 2021

No. 04-20-00585-CV

**IN THE INTEREST OF A.A.G.; J.A.G, III; J.A.G.; S.A.G.; AND J.G.; CHILDREN**

From the 365th Judicial District Court, Maverick County, Texas
Trial Court No. 19-03-37147-MCVAJA
Honorable Amado J. Abascal, III, Judge Presiding

## O R D E R

This is an accelerated appeal of an order terminating appellant's parental rights, which must be disposed of by this Court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. Appellant filed her notice of appeal on December 3, 2020. Thus, the 180-day deadline in which this court must dispose of this appeal is June 1, 2021. Appellee's brief was originally due on April 8, 2021. On April 7, 2021, appellee filed a motion for extension of time to file appellee's brief, requesting a twenty-day extension of time. Appellee's motion is GRANTED. Appellee's brief is due **no later than April 28, 2021**. Given the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of April, 2021.

_____
Michael A. Cruz,
Clerk of Court